UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:                                                    Chapter 11

CHS FL, LLC, *et al.*[1]                                   Case No. 2:26-bk-01087-FMR
                                                          *Jointly Administered*

      Debtors.

_____  /

## NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1.      The Honorable Luis E. Rivera, II will conduct a preliminary hearing in this case **on June 23, 2026 at 2:00 p.m.** at the **Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Courtroom 9A, Tampa, Florida** on the following matter:

**The Statutory Unsecured Claimholders' Committee's Amended Emergency Motion to Compel Discovery from CHS Employee Group, LLC [Doc No. 254]**

2.      The Court will conduct the hearing in person at the location identified in this notice. Parties are directed to consult Judge Rivera's Procedures Governing Court Appearances regarding policies and procedures for attendance at hearings by video or telephone via Zoom,  available at https://www.flmb.uscourts.gov/judges/rivera/. If you are unable to access the Court's  website, please contact the Courtroom Deputy at (813) 301-5195 no later than 3:00 p.m. one  business day before the date of the hearing.

3.      Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

---

[1] The address of the Lead Debtor is 3347 Tamiami Trl E. Naples, FL 34112. The last four digits of the Debtors' federal tax identification numbers are: (i) CHS FL, LLC (5547); (ii) CHS TX, Inc. (5886); (iii) CHS AL, LLC (0801); (iv) YesCare Corp. (5961); (v) CHS Care NY, LLC (4573); (vi) Corizon Health of New Mexico, LLC (4760); and (vii) CHS Care TX, LLC (6583).

4.     The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

Dated:   June 22, 2026         **COLE SCHOTZ P.C.**
         Miami, Florida

 */s/ Luis Salazar*
Luis Salazar, Esq. (Florida Bar No. 147788)
Justin R. Alberto, Esq. (admitted *pro hac vice*)
Sarah A. Carnes, Esq. (admitted *pro hac vice*)
2121 SW 3rd Avenue, Suite 200
Miami, FL 33129
Telephone: (305) 374-4848
lsalazar@coleschotz.com
jalberto@coleschotz.com
scarnes@coleschotz.com

- and -

**PROSKAUER ROSE LLP**

Brian Rosen, Esq. (admitted *pro hac vice*)
Ehud Barak, Esq. (admitted *pro hac vice*)
Daniel Desatnik, Esq. (admitted *pro hac vice*)
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
brosen@proskauer.com
ebarak@proskauer.com
ddesatnik@proskauer.com

- and -

Paul Possinger, Esq. (admitted *pro hac vice*)
Jordan Sazant, Esq. (admitted *pro hac vice*)
70 West Madison, Suite 3800
Chicago, IL 60602
Telephone: (312) 962-3550
ppossinger@proskauer.com
jsazant@proskauer.com

*Proposed Counsel to the Statutory Unsecured Claimholders' Committee to CHS FL, LLC, et al.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in this case and parties in interest identified on the attached Service list via CM/ECF to those registered to receive notices via transmission of Notices of Electronic Filing, via first class mail, postage-prepaid, and/or via Federal Express, overnight delivery, as indicated thereon.

/s/      *Luis Salazar*_____
Luis Salazar

## SERVICE LIST

**ELECTRONIC SERVICE LIST**
**Via CM/ECF:**

Jeffrey Ainsworth on behalf of Creditor Michael Zimmerman, as Trustee of the Tehum Care Services PI/WD Trust
jeff@bransonlaw.com,
shelly@bransonlaw.com;tammy@bransonlaw.com;jennifer@bransonlaw.com;amanda@bransonlaw.com;cole@bransonlaw.com;lisa@bransonlaw.com;tammy@ecf.courtdrive.com;deanna@bransonlaw.com;service@bransonlaw.com;email@

Bradley J Anderson on behalf of Creditor PlanSource Benefits Administration, Inc.
banderson@zkslaw.com, jconcannon@zkslaw.com;mpickren@zkslaw.com;service@zkslaw.com

John A Anthony on behalf of Creditor Estate of Charles Campolla
janthony@anthonyandpartners.com,
efilings@anthonyandpartners.com;cfosdick@anthonyandpartners.com

John A Anthony on behalf of Creditor Kohchise Jackson
janthony@anthonyandpartners.com,
efilings@anthonyandpartners.com;cfosdick@anthonyandpartners.com

John A Anthony on behalf of Creditor Arsenio Mascarenas
janthony@anthonyandpartners.com,
efilings@anthonyandpartners.com;cfosdick@anthonyandpartners.com

John A Anthony on behalf of Creditor Cassandra Oliver
janthony@anthonyandpartners.com,
efilings@anthonyandpartners.com;cfosdick@anthonyandpartners.com

John A Anthony on behalf of Creditor DeAndre Alston
janthony@anthonyandpartners.com,
efilings@anthonyandpartners.com;cfosdick@anthonyandpartners.com

Kathleen Rose Bichner on behalf of Creditor District 1199C, National Union of Hospital and Health Care Employees, AFSCME, AFL-CIO
kbichner@odonoghuelaw.com

Ronald W. Chapman, Sr on behalf of Creditor Kohchise Jackson
rchapman@chapmanlawgroup.com

Adisley Cortez-Rodriguez on behalf of U.S. Trustee United States Trustee - FTM
adisley.m.cortez-rodriguez@usdoj.gov

Ian Cross on behalf of Creditor Kohchise Jackson

4

ian@lawinannarbor.com

Michael R Dal Lago on behalf of Debtor CHS AL, LLC
mike@dallagolaw.com,
kim@dallagolaw.com,fbravo@dallagolaw.com,11530@notices.nextchapterbk.com,fvazquez@dallag
olaw.com,ablakley@dallagolaw.com

Michael R Dal Lago on behalf of Debtor CHS Care NY, LLC
mike@dallagolaw.com,
kim@dallagolaw.com,fbravo@dallagolaw.com,11530@notices.nextchapterbk.com,fvazquez@dallag
olaw.com,ablakley@dallagolaw.com

Michael R Dal Lago on behalf of Debtor CHS Care TX, LLC
mike@dallagolaw.com,
kim@dallagolaw.com,fbravo@dallagolaw.com,11530@notices.nextchapterbk.com,fvazquez@dallag
olaw.com,ablakley@dallagolaw.com

Michael R Dal Lago on behalf of Debtor CHS FL, LLC
mike@dallagolaw.com,
kim@dallagolaw.com,fbravo@dallagolaw.com,11530@notices.nextchapterbk.com,fvazquez@dallag
olaw.com,ablakley@dallagolaw.com

Michael R Dal Lago on behalf of Debtor CHS TX, INC.
mike@dallagolaw.com,
kim@dallagolaw.com,fbravo@dallagolaw.com,11530@notices.nextchapterbk.com,fvazquez@dallag
olaw.com,ablakley@dallagolaw.com

Michael R Dal Lago on behalf of Debtor Corizon Health of New Mexico, LLC
mike@dallagolaw.com,
kim@dallagolaw.com,fbravo@dallagolaw.com,11530@notices.nextchapterbk.com,fvazquez@dallag
olaw.com,ablakley@dallagolaw.com

Michael R Dal Lago on behalf of Debtor YesCare Corp.
mike@dallagolaw.com,
kim@dallagolaw.com,fbravo@dallagolaw.com,11530@notices.nextchapterbk.com,fvazquez@dallag
olaw.com,ablakley@dallagolaw.com

Ryan E Davis on behalf of Creditor Bowman and Brooke, LLP
rdavis@whww.com, mquallio@whww.com

Michael Anthony Gillman on behalf of Creditor District 1199C, National Union of Hospital and
Health Care Employees, AFSCME, AFL-CIO
mgillman@odonoghuelaw.com

Eric Goodman on behalf of Creditor Michael Zimmerman, as Trustee of the Tehum Care Services
PI/WD Trust

egoodman@brownrudnick.com, hcohen@brownrudnick.com

Trinitee Gale Green on behalf of Attorney Polsinelli PC
tggreen@polsinelli.com

Trinitee Gale Green on behalf of Debtor CHS FL, LLC
tggreen@polsinelli.com

Geremy W Gregory on behalf of Other Prof. NaphCare Alabama Prisons LLC
ggregory@balch.com, emonsorno@balch.com;tmensah@balch.com

Geremy W Gregory on behalf of Other Prof. NaphCare Operating LLC
ggregory@balch.com, emonsorno@balch.com;tmensah@balch.com

Christian G Haman on behalf of Debtor CHS Care NY, LLC
chaman@dallagolaw.com,
kim@dallagolaw.com,fbravo@dallagolaw.com,fvazquez@dallagolaw.com,11530@notices.nextchapt
erbk.com,ablakley@dallagolaw.com

Christian G Haman on behalf of Debtor CHS Care TX, LLC
chaman@dallagolaw.com,
kim@dallagolaw.com,fbravo@dallagolaw.com,fvazquez@dallagolaw.com,11530@notices.nextchapt
erbk.com,ablakley@dallagolaw.com

Christian G Haman on behalf of Debtor CHS FL, LLC
chaman@dallagolaw.com,
kim@dallagolaw.com,fbravo@dallagolaw.com,fvazquez@dallagolaw.com,11530@notices.nextchapt
erbk.com,ablakley@dallagolaw.com

Christian G Haman on behalf of Debtor Corizon Health of New Mexico, LLC
chaman@dallagolaw.com,
kim@dallagolaw.com,fbravo@dallagolaw.com,fvazquez@dallagolaw.com,11530@notices.nextchapt
erbk.com,ablakley@dallagolaw.com

Paul Hawkes on behalf of Creditor Baker County Sheriffs Office
hawkes.paul@gmail.com

Zachary Hemenway on behalf of Creditor Matthew J. Dundon, in his capacity as GUC Trustee of the
Tehum GUC Trust
zachary.hemenway@stinson.com

Zachary Hemenway on behalf of Creditor Tehum Care Services, Inc., by and through Matthew J.
Dundon in his capacity as Wind-Down Officer
zachary.hemenway@stinson.com

Richard J. Hollander on behalf of Creditor Naples Community Hospital & NCHMD, Inc

mhj@floridabankruptcy.com, mhbknotices@outlook.com;MillerHollanderJeda@jubileebk.net

Jeremy Roy Johnson on behalf of Debtor CHS FL, LLC
jeremy.johnson@polsinelli.com

Matthew I Kramer on behalf of Creditor MidAmerica Health Inc.
mkramer@wwhgd.com, atratarou@wwhgd.com

Conor McLaughlin on behalf of U.S. Trustee United States Trustee - FTM
conor.mclaughlin@usdoj.gov

Omni Agent Solutions (RL)
rlowry@omniagnt.com

Frank A. Oswald on behalf of Creditor Symphony Diagnostic Services No. 1, LLC d/b/a TridentCare
and its Affiliates
frankoswald@teamtogut.com,
mnester@teamtogut.com;dperson@teamtogut.com;hfajardo@teamtogut.com

Frederick Petersen on behalf of Interested Party Antoinette Windhurst
fpetersen@mcrazlaw.com, ecfbk@mcrazlaw.com

Sarah L Primrose on behalf of Interested Party Secure Healthcare Quality Association, Inc.
sprimrose@kslaw.com

Michael S Provenzale on behalf of Creditor HEALTH FIRST SHARED SERVICES, INC.
michael.provenzale@lowndes-law.com, anne.fisher@lowndes-law.com;litcontrol@lowndes-law.com

Jenna Anne Ratica on behalf of Creditor Commonwealth of Pennsylvania Department of Labor &
Industry Bureau of Labor Law Compliance
jratica@pa.gov

Luis Salazar on behalf of Creditor Committee Official Committee of Unsecured Creditors
lsalazar@coleschotz.com, luis-salazar-
4791@ecf.pacerpro.com;LSalazar@coleschotz.com;JCeide@coleschotz.com;LLorenzo@coleschotz.
com;Alee-Sin@coleschotz.com;DFernandez@coleschotz.com;Evazquez@coleschotz.com

Grant Schnell on behalf of Creditor Bernard Kevin Campbell
gschnell@goodwinlaw.com

Gavin Stewart on behalf of Creditor Antoinette Windhurst
bk@stewartlegalgroup.com

Aaron Shawn Thompson on behalf of Creditor Bernard Kevin Campbell
athompson@goodwinlaw.com

Pamela Elchert Thurmond on behalf of Creditor City of Philadelphia
pamela.thurmond@phila.gov

United States Trustee - FTM
USTPRegion21.TP.ECF@USDOJ.GOV

Nicolette C Vilmos on behalf of Creditor Brevard County Sheriff's Office
nvilmos@bergersingerman.com,
efile@ecf.courtdrive.com;efile@bergersingerman.com;rpendas@bergersingerman.com

Marc Weintraub on behalf of Creditor Matthew J. Dundon, in his capacity as GUC Trustee of the
Tehum GUC Trust
marc.weintraub@stinson.com, kaley.ryder@stinson.com

Marc Weintraub on behalf of Creditor Tehum Care Services, Inc., by and through Matthew J. Dundon
in his capacity as Wind-Down Officer
marc.weintraub@stinson.com, kaley.ryder@stinson.com

Nicholas Zluticky on behalf of Creditor Matthew J. Dundon, in his capacity as GUC Trustee of the
Tehum GUC Trust
nicholas.zluticky@stinson.com, miranda.swift@stinson.com

Nicholas Zluticky on behalf of Creditor Tehum Care Services, Inc., by and through Matthew J.
Dundon in his capacity as Wind-Down Officer
nicholas.zluticky@stinson.com, miranda.swift@stinson.com

**MANUAL NOTICE:**

**VIA FIRST CLASS U.S. MAIL,
& OVERNIGHT DELIVERY**

| | |
|---|---|
| CHS Employee Group LLC | CHS Employee Group LLC |
| c/o CT Corporation System | c/o Alan Rubenstein, Managing Member |
| 1200 South Pine Island Road | 205 Powell Place, Suite 104 |
| Plantation, FL 33324 | Brentwood, TN 37027 |

**VIA U.S. MAIL ONLY:**

**Secure Healthcare Quality Association, Inc.**
c/o David J Farber
King & Spalding LLP
1700 Pennsylvania Ave. NW #900
Washington, DC 20006

**Christopher D. Harrell**
PO Box 4400
Rawlins, WY 82301

**CHS FL, LLC**
**c**/o James P Martin
Polsinelli PC
600 Third Avenue, 42nd Floor
New York, NY 10016

**Michael Zimmerman, as Trustee**
**of the Tehum Care Services PI/WD Trust**
c/o D. Cameron Moxley
Brown Rudnick
7 Times Square
New York, NY 10036

**Omni Agent Solutions Inc.**
c/o Paul H. Deutch
5955 De Soto Avenue
Suite 100
Woodland Hills, CA 91367

**Matthew J. Dundon, in his capacity as GUC Trustee**
**of the Tehum GUC Trust**
c/o Marc R. Wientraub
Stinson LLP
100 South Ashley Drive
Tampa, FL 33602